FIELDCREST CANNON, INC. v.
    FIREMAN'S FUND INSURANCE CO.

No. 38P98

Case below: 124 N.C.App. 232

Petition by plaintiff (Fieldcrest Cannon, Inc.) and defendant (North River Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

FLOYD AND SONS, INC. v. CAPE FEAR FARM CREDIT

No. 27A98

Case below: 127 N.C.App. 753

Motion by defendant to dismiss appeal denied 8 July 1998.

HITESMAN v. N.C. DEPT. OF TRANSP.

No. 165P98

Case below: 129 N.C.App. 115

Motion by plaintiff to dismiss appeal dismissed 8 July 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

HOLLOWAY v. LIVINGSTONE COLLEGE

No. 181P98

Case below: 129 N.C.App. 262

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

HUFFMAN v. TAYLOR

No. 132P98

Case below: 128 N.C.App. 533

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.